# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

**James Watson**

Case No.: _____

Chapter: 13

*Debtor(s)*

## TRANSMITTAL OF PAY ADVICES

Attached to this transmittal are copies of all payment advices (pay stubs), or other evidence of payment, received by the debtor(s) from employer(s) within sixty days before the filing of the petition.

1. Debtor 1    **James Watson**

   Employer _____

   Dates of Pay Advices: From _____ To _____

The debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

☐ Debtor 1 was not employed.
☒ Debtor 1's source of income was from Social Security.
☐ Debtor 1 was self-employed.

2. Debtor 2 (Spouse) _____

   Employer _____

   Dates of Pay Advices: From _____ To _____

The joint debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

☐ Debtor 2 was not employed.
☐ Debtor 2's source of income was from Social Security.
☐ Debtor 2 was self-employed.

**Important Notice of Redaction Responsibility:** Any attached documents must be redacted in compliance with Fed. R. Bankr. P. 9037. Only include the last four digits of a debtor's social security number or individual taxpayer identification number.

| /s/ William O. Woodall, Jr. | 12/21/2022 | *James Watson* (signed) | 12/21/2022 |
|---|---|---|---|
| Signature of Attorney for Debtor(s) | Date | Signature of Debtor 1 | Date |
| William O. Woodall, Jr. | 12/21/2022 | | |
| Name of Attorney | Date | Signature of Debtor 2 (if applicable) | Date |

Tran_Pay_Adv [Rev. 12/17]

Affidavit

I, James Watson state that I receive the following monthly:

SS - $1,824.00

This the 21st day of December, 2022.

_____
James Watson